

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

The State of Texas,   * From the County Court at Law No. 2 of Ector County, Trial Court No. 22-0396-CCL2.

Vs. No. 11-25-00153-CR   * August 21, 2025

Yohance Geray Deary,   * Memorandum Opinion by Trotter, J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has considered the State's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against The State of Texas. TEX. CODE CRIM. PROC. ANN. art. 44.01(f).